■ JOHN COSTIN, Respondent, v DOLORES COSTIN, Appellant. [638 NYS2d 786]

Bifurcation of matrimonial actions is generally disfavored because it raises the possibilities of economic coercion, two protracted proceedings, or delay in resolving the financial issues *(Campbell v Campbell,* 171 AD2d 720; *Fiorella v Fiorella,* 132 AD2d 643). Absent concrete reasons for bifurcation, such a motion should be denied *(see, Campbell v Campbell, supra,* at 721). Here, the only reason the plaintiff offers is that the

grounds phase would progress quickly and the equitable distribution phase would be more complicated. Such a reason does not warrant bifurcation and could well lead to a delay in resolving the financial issues. Bracken, J. P., Balletta, Thompson and Hart, JJ., concur.